UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT BELL, in his Personal Capacity and as Administrator of the Estate of MATTHEW BELL, deceased; and LESLIE BELL, in her Personal Capacity,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY PUBLIC HOSPITAL DISTRICT #1 d/b/a VALLEY MEDICAL CENTER; et al.,<br><br>Defendants. | NO. 2:18−cv−00906−MJP<br><br>**STIPULATED MOTION AND ORDER TO ENLARGE TIME TO REOPEN** |

## I. STIPULATION

The Parties hereby agree to the following:

1. The Parties have come to a resolution in principal.

2. Because of the complex nature of the resolution, which involves numerous high-level stakeholders and changes to Defendants' established policy and procedure, the precise terms of the settlement agreement are, however, still being worked out.

3. On May 31, 2019, the Court dismissed this action, but granted the Parties sixty (60) days to perfect settlement.

STIPULATED MOTION AND ORDER TO ENLARGE TIME TO REOPEN - 1

1.     4. On July 23, 2019, Counsel for Plaintiffs and Defendants met and conferred, and it was relayed to counsel for Plaintiffs that Defendants would likely not be able to devise a counterproposal on or before July 31, 2019.

    5. Plaintiffs agreed to give Defendants thirty (30) days to devise a counterproposal, until August 20, 2019.

    6. In order to preserve Plaintiffs' right to reopen this case if the Parties are not able to come to a final resolution, the Parties have agreed to jointly move the Court for an Order allowing the Parties an additional sixty (60) days to move to reopen the case.

## II. MOTION

Pursuant to the above stipulation, the Parties respectfully request that the Court allow the Parties an additional sixty (60) days to reopen the case, should settlement not be perfected.

DATED August 1, 2019.

GALANDA BROADMAN, PLLC
/s/ Ryan D. Dreveskracht
Ryan D. Dreveskracht, WSBA #42593
Attorney for Plaintiffs
P.O. Box 15146 Seattle, WA 98115
(206) 557-7509
Email: ryan@galandabroadman.com

FOX BALLARD, PLLC
/s/ Heath S. Fox
Heath S. Fox, WSBA #29506
1325 Fourth Avenue, Suite 1500
Seattle, WA 98101
206-800-2727
Email: heath@foxballard.com
Attorney for Defendants
King County Public Hospital #1,
Erin Aboudara, Bernie
Dochnahl, Lisa Brandenburg, Barbara
Drennen, Peter Evans, Jim Griggs, Gary
Kohlwes, Mike Miller, Julia Patterson, Vicki
Orrico, Donna Russell, Tamara Sleeter,
Elizabeth Schaumberg,
and Mark Thomasseau

STIPULATED MOTION AND ORDER TO ENLARGE TIME TO REOPEN - 2

MULLIN, ALLEN & STEINER, PLLC
/s/ Daniel F. Mullin
Daniel F. Mullin, WSBA #12768
Attorneys for Defendants Whitney Alexander,
M.D., and Jeffrey Goon, PA

### III. ORDER

THIS MATTER having come before the Court upon the Parties' Stipulated Motion to Enlarge Time to Reopen, the Court having examined the records and file and being fully informed, now GRANTS the Parties Stipulated Motion to Enlarge Time to Reopen. The Parties are hereby GRANTED an additional sixty (60) days to reopen the case, should settlement not be perfected.

DATED this 1st day of __August__, 2019.

_Marsha J. Pechman_
Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION AND ORDER TO ENLARGE TIME TO REOPEN - 3