Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT BELL, in his personal capacity and as Administrator of the Estate of MATTHEW BELL, deceased; and LESLIE BELL, in her personal capacity,<br><br>Plaintiffs,<br><br>vs.<br><br>KING COUNTY PUBLIC HOSPITAL DISTRICT #1 d/b/a/ VALLEY MEDICAL CENTER; ERIN ABOUDARA; BERNIE DOCHNAHL; LISA BRANDENBURG; BARBARA DRENNEN; PETER EVANS; JIM GRIGGS; GARY KOHLWES; MIKE MILLER; JULIA PATTERSON; VICKI ORRICO; DONNA RUSSELL; TAMARA SLEETER; ELIZABETH SCHAUMBERG; MARK THOMASSEAU; WHITNEY ALEXANDER; JEFFREY GOON; and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Civil Action No. 2:18-cv-00906-MJP<br><br>~~[redacted]~~<br><br>ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS WITH PREJUDICE AND WITHOUT COSTS |

THIS MATTER was presented to the undersigned Judge or Commissioner of the United States District Court, Western District of Washington. Based on this Court's review of the pleadings on file herein, it is HEREBY ORDERED, ADJUDGED, AND DECREED:

All claims brought by Plaintiff in this action against Defendants are hereby dismissed with prejudice and without costs to any party, and KING COUNTY PUBLIC HOSPITAL DISTRICT #1 d/b/a/ VALLEY MEDICAL CENTER; ERIN ABOUDARA; BERNIE

ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST
DEFENDANTS WITH PREJUDICE AND WITHOUT COSTS - 1



FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500
Seattle WA 98101
T: (206) 800-2727

DOCHNAHL; LISA BRANDENBURG; BARBARA DRENNEN; PETER EVANS; JIM GRIGGS; GARY KOHLWES; MIKE MILLER; JULIA PATTERSON; VICKI ORRICO; DONNA RUSSELL; TAMARA SLEETER; ELIZABETH SCHAUMBERG; MARK THOMASSEAU; AND WHITNEY ALEXANDER are hereby dismissed as defendants herein.

DONE IN OPEN COURT this 14th day of November, 2019.

_____
JUDGE/COMMISSIONER

Presented by:

GALANDA BROADMAN, PLLC

_____
Gabriel S. Galanda, WSBA #30331
Ryan D. Dreveskracht, WSBA # 42593
Attorneys for Plaintiffs
P.O. Box 15146
Seattle, WA 98115

And by:

FOX BALLARD, PLLC

_____
Heath Fox, WSBA #29506
Amy Spitzer, WSBA #48333
Attorneys for VMC Defendants
1325 Fourth Avenue, Suite 1500
Seattle, Washington 98101

ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST
DEFENDANTS WITH PREJUDICE AND WITHOUT COSTS - 2



FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500
Seattle WA 98101
T: (206) 800-2727

And by:

MULLIN ALLEN & STEINER, PLLC

_____
Daniel F. Mullin, WSBA #12768
Attorneys for AEP Defendants
101 Yesler Way Ste 400
Seattle, WA 98104

ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST
DEFENDANTS WITH PREJUDICE AND WITHOUT COSTS - 3

FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500
Seattle WA 98101
T: (206) 800-2727